[No. 26462-5-II.   Division Two.   June 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER LEON ZOLTAN WALTON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00654-0, James E. Warme, J., entered September 14, 2000. *Affirmed in part* and *remanded* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 27445-1-II.   Division Two.   June 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE CHRISTOPHER ALLEN, *Appellant*.

Appeal from judgments of the Superior Court for Lewis County, No. 00-8-00365-0, Richard L. Brosey, J., and Tracy Mitchell, J. Pro Tem., entered May 24 and June 1, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 27609-7-II.   Division Two.   June 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW GEORGE LEE, *Appellant*.

Appeal from judgments of the Superior Court for Pierce County, No. 00-1-00061-0, Stephanie A. Arend, J., entered June 29 and July 12, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 28208-9-II.   Division Two.   June 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY RAY SEXTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-03223-4, D. Gary Steiner, J., entered December 20, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.